UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

Jesus Rivera

                            Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20mj4928

Defendant ___Jesus Rivera___ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

__✓__ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__ Bail/Detention Hearing

____ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

___Jesus Rivera___
Print Defendant's Name

_____
Defendant's Counsel's Signature

___Chris Flood___
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___5/15/2020___
Date

_____
U.S. ~~District Judge~~/U.S. Magistrate Judge