UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                                         :           20-MJ-4982-UA-1
                                         :
          -against-                      :           **ORDER**
                                         :
JESUS RIVERA,                            :
                                         :
          Defendant.                     :
                                         :
                                         :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court is in receipt of the Government's application for an order of continuance and for an extension of the preliminary hearing date currently set for May 29, 2020. The application indicates that defense counsel does not consent. Accordingly, defense counsel is directed to file their opposition to the application for continuance, if any, by close of business today, May 28, 2020.

**SO ORDERED.**

Dated: May 28, 2020                                    _s/ Ona T. Wang_
       New York, New York                              **Ona T. Wang**
                                                       United States Magistrate Judge